1 | Jeffrey N. Williams (SBN 274008)
2 | jwilliams@wargofrench.com
  | WARGO & FRENCH LLP
3 | 1888 Century Park East, Suite 1520
4 | Los Angeles, CA  90067
  | Telephone: 310-853-6300
5 | Facsimile: 310-853-6333
6 |
7 | J. Scott Carr (SBN 136706)
  | scarr@wargofrench.com
8 | Sarah T. Thompson (*pro hac vice*)
  | sthompson@wargofrench.com
9 | WARGO & FRENCH LLP
10 | 999 Peachtree St. NE, 26th Floor
   | Atlanta, GA 30309
11 | Telephone:  (404) 853-1500
12 | Facsimile:    (404) 853-1501
13 |
   | Attorneys for Defendant
14 | TWC Administration LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEACY TRINIDAD SANTOS, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWC ADMINISTRATION LLC, a Delaware limited liability company; TIME WARNER CABLE, INC., a Delaware Corporation; TIME WARNER CABLE SERVICES, LLC; a limited liability company and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  13-04799-MMM(CWx)<br><br>**PROTECTIVE ORDER REGARDING CONFIDENTIAL MATERIAL**<br><br>CLASS ACTION FAIRNESS ACT<br><br>Complaint Filed: May 21, 2013 |

1  Upon consideration of the Stipulation for Protective Order Regarding
2  Confidential Material ("Stipulation") filed by the parties on December 2, 2013 [D.E.
3  #26], it is hereby ordered that the Stipulation is APPROVED and that a protective order
4  shall issue per the terms of the Stipulation.
5
6  IT IS SO ORDERED.
7  DATED: January 7, 2014



United States Magistrate Judge