JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEACY TRINIDAD SANTOS, an individual and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>      vs.<br><br>TWC ADMINISTRATION LLC, a Delaware limited liability company; TIME WARNER CABLE INC., a Delaware corporation; TIME WARNER CABLE SERVICES, LLC, a limited liability company; and DOES 1 to 50, inclusive,<br><br>         Defendants. | CASE NO. CV 13-04799 MMM (CWx)<br><br>JUDGMENT FOR DEFENDANTS |

On July 28, 2014, defendants TWC Administration, LLC, Time Warner Cable, Inc., and Time Warner NY Cable LLC (collectively, "defendants") filed a motion for summary judgment. On November 3, 2014, the court granted defendants' motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiff take nothing by way of her complaint against any defendant; and

1          2.      That the action be, and is hereby, dismissed.

2

3    DATED: November 3, 2014                   _____

4                                             MARGARET M. MORROW
                                              UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28